UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-01791-MWF (AFM)                    Date:   April 15, 2022

Title   Carl Stevenson v. Unknown

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On March 16, 2022, the Court received a 2-page handwritten document from plaintiff regarding two pending actions in the "lower court" which was construed as a Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  The document was not accompanied by the filing fee or a Request for Filing Without Prepayment of Filing Fees ("IFP Request").  On March 23, 2022, the Court ordered that plaintiff either pay the filing fee or submit an IFP Request by no later than April 6, 2022.  On April 1, 2022, the Court received a 1-page handwritten document from plaintiff stating that he "cannot file any legal documents … to a civil action" until he receives a response from the lower court.  The document did not include the filing fee or an IFP request.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.  Failure to respond adequately to the Order to Show Cause will result in dismissal of the action without prejudice.

IT IS SO ORDERED.

Attachment: Notice of Dismissal (CV-09)

| | : |
|---|---|
| **Initials of Preparer** | ib |