1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    CARL STEVENSON,                                Case No. 2:22-cv-01791-MWF (AFM)

12                    Plaintiff,

13          v.                                        **ORDER ACCEPTING FINDINGS
                                                      AND RECOMMENDATIONS OF
14    CHIEF OFFICE OF APPEALS,                        UNITED STATES MAGISTRATE
      CALIFORNIA DEPARTMENT OF                        JUDGE**
15    CORRECTIONS REHABILITATION,
16    et al.,

17                    Defendants.

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and

20    Recommendation of United States Magistrate Judge.  Further, the Court has engaged

21    in a de novo review of those portions of the Report to which Petitioner has objected.

22    Specifically, this Court has carefully reviewed the Objection (Docket No. 24) that

23    Petitioner filed on December 9, 2022.

24          Petitioner's Objection is certainly proper in form; it is addressed to the District

25    Judge and addresses the recommendations contained in the Report.  However, the

26    Objection does not present reasons to doubt the persuasiveness of the

27    recommendations.  By repeating his demand for money damages, Petitioner if

28    anything strengthens the recommendation based on Eleventh Amendment immunity.

By repeating his vague concerns about the justice of the California penal system, Petitioner if anything strengthens the recommendation that there is no cognizable claim under the Fourteenth Amendment.

The Court gave to Petitioner, a pro se party, every benefit of the doubt and construed his Objection as a proffer in support of a Third Amended Complaint.  This Court agrees with the Magistrate Judge that any further amendment would be futile.

Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT THEREFORE IS ORDERED that (1) the Second Amended Complaint is dismissed without further leave to amend, and (2) judgment be entered dismissing this action based on Eleventh Amendment immunity and failure to state a federal civil rights claim.

DATED: December 13, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE