JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL STEVENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHIEF OFFICE OF APPEALS,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS REHABILITATION,<br>et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01791-MWF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed based on Eleventh Amendment immunity and failure to state a federal civil rights claim.

DATED: December 13, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE